COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | § | |
|---|---|---|
| In the Interest of M. V., a Minor Child, | | No. 08-17-00191-CV |
| | § | |
| Appellant. | | Appeal from the |
| | § | |
| | | 383rd District Court |
| | § | |
| | | of El Paso County, Texas |
| | § | |
| | | (TC# 2012DCM05770) |
| | § | |

# **O R D E R**

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporter's Record until **March 19, 2018.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Daeleen R. Melendez, Official Court Reporter for the 383rd District Court, for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered cause, and forward the same to this Court on or before March 19, 2018.

IT IS SO ORDERED this 20th day of February, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.